UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:  CASE NO.: 23-22456
CHAPTER 13

**Barry G Broaddus,**
   Debtor.

**Susan M Broaddus,**
   Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE6 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, NJ  30004**

                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                    Attorney for Secured Creditor
                    13010 Morris Rd., Suite 450
                    Alpharetta, GA  30004
                    Telephone: 470-321-7112
                    Facsimile: 404-393-1425

                    By: _\S\Michelle L. McGowan, Esq._
                        Michelle L. McGowan, Esq., Esquire
                        Pennsylvania Bar No. 62414 PA
                        Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

BARRY G BROADDUS
110 SIOUX DRIVE
GREENSBURG, PA 15601

SUSAN M BROADDUS
110 SIOUX DRIVE
GREENSBURG, PA 15601

And via electronic mail to:

RANDALL G. KLIMCHOCK
101 NORTH CHURCH STREET
MOUNT PLEASANT, PA 15666

RANDALL G. KLIMCHOCK
101 NORTH CHURCH STREET
MOUNT PLEASANT, PA 15666

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

By: /s/ Amanda Nelson