| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Barry G Broaddus**<br>First Name   Middle Name   Last Name |
| Debtor 2<br>(Spouse if, filing) | **Susan M Broaddus**<br>First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number<br>(if known) | 23-22456 |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                  4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **110 Sioux Drive Greensburg, PA 15601  Westmoreland County**<br>Line from *Schedule A/B*: **1.1** | $150,000.00 | ■ $7,123.20<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2016 Kia Sorento 167,000 miles**<br>Line from *Schedule A/B*: **3.1** | $3,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Furniture, Bed, Kitchen Appliances**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Everyday Clothes**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Checking Account: S&T Bank**<br>Line from *Schedule A/B*: **17.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1 **Barry G Broaddus**
Debtor 2 **Susan M Broaddus**                                                         Case number (if known) **23-22456**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **401(k): Susquehanna Investment Company**<br>Line from *Schedule A/B*: **21.1** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Vaccine Lawsuit of Debtor 1 in U.S. Claims Court (Vaccine Court)**<br>Line from *Schedule A/B*: **33.1** | **Unknown** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C            **Schedule C: The Property You Claim as Exempt**            page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: **Barry G Broaddus**
       **Susan M Broaddus**                                : Bankruptcy No. **23-22456**
                                                           :
                         Debtor                            :
                                                           : Chapter **13**
Movant                                                     :
                                                           : Related to Document No.
   v.                                                      :
                                                           :
                                                           :
Respondent (if none, then "No Respondent")                 :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____  Voluntary Petition - *Specify reason for amendment*:

_____  Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____  Summary of Schedules
_____  Schedule A - Real Property
_____  Schedule B - Personal Property
**X**       Schedule C - Property Claimed as Exempt
_____  Schedule D - Creditors holding Secured Claims
         Check one:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
_____  Schedule E - Creditors Holding Unsecured Priority Claims
         Check one:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
_____  Schedule F - Creditors Holding Unsecured Nonpriority Claims
         Check one:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
_____  Schedule G - Executory Contracts and Unexpired Leases
         Check one:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
_____  Schedule H - Codebtors
_____  Schedule I - Current Income of Individual Debtor(s)
_____  Schedule J - Current Expenditures of Individual Debtor(s)
_____  Statement of Financial Affairs
_____  Chapter 7 Individual Debtor's Statement of Intention
_____  Chapter 11 List of Equity Security Holders
_____  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____  Disclosure of Compensation of Attorney for Debtor
_____  Other: _____

**PAWB Local Form 6 (07/13)**

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

<u>VIA United States Mail:</u>

All Creditors on the Mailing Matrix

<u>VIA Electronic Mail:</u>

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| Date  March 19, 2024 | /s/ Randall G. Klimchock |
| | Attorney for Debtor(s) [or *pro se* Debtor(s)] |
| | **Randall G Klimchock** |
| | (Typed Name) |
| | **101 North Church Street** |
| | **Mount Pleasant, PA 15666** |
| | (Address) |
| | **724-542-4514** |
| | (Phone No.) |
| | PA 58306 |
| | List Bar I.D. and State of Admission |

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**PAWB Local Form 6 (07/13)**

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Barry G Broaddus / Susan M Broaddus**, Debtor(s)

Case No. **23-22456**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule C, consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 19, 2024**    Signature **/s/ Barry G Broaddus**
**Barry G Broaddus**
Debtor

Date **March 19, 2024**    Signature **/s/ Susan M Broaddus**
**Susan M Broaddus**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.