FILED
8/7/24 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  BARRY G BROADDUS
  SUSAN M BROADDUS

             Debtor(s).

Case No. 23-22456 JAD

Chapter 13

Doc. # 39

### ORDER OF COURT
(Check Boxes That Apply)

☒ **Confirming Plan on Final Basis**

☒ **Chapter 13 Plan dated:** 11-29-23

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**

☐ **Amended Chapter 13 dated:**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is **$1020** effective **12/23**.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☒   A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be **$1210**, beginning **8/24**. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

-1-

☒     B. The length of the Plan is changed to a total of at least **60** months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. *Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.* The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐     G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

☐     H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

☒    I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

- **Ally Bank CL.#4 at 8.5% interest.**

☐    J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

☐    K. Additional Terms and Conditions:

*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

2. **Deadlines.** The following deadlines are hereby established and apply to this case:

    A.    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    B.    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021-1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    C.    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

    D.    **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order

Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

    3.    **Additional Provisions.** The following additional provisions apply in this case:

    A.    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

    B.    The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

    C.    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

    D.    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

    E.    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

    F.    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed **secured claim** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

    G.    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

    H.    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: August 7, 2024

/s/ jsf
United States Bankruptcy Judge
JEFFERY A. DELLER

cc: All Parties in Interest to be served by Clerk

-5-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22456-JAD |
| Barry G Broaddus | Chapter 13 |
| Susan M Broaddus | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf900 | Total Noticed: 91 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry G Broaddus, Susan M Broaddus, 110 Sioux Drive, Greensburg, PA 15601-4936 |
| 15657309 | + | Allegheny Clinic Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 15657311 | + | Alliance RX Walgreens Prime, 15358 Collection Center Dr., Chicago, IL 60693-0153 |
| 15657337 | + | D-Bug Pest Control, Inc., 456 Frye Farm Rd., Greensburg, PA 15601-6480 |
| 15657339 | + | Elliott Community Fcu, 121 Gamma Drive, Pittsburgh, PA 15238-2919 |
| 15657341 | | Excela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15657343 | | Firestone Complete Auto Care, 6240 US-30, Greensburg, PA 15601 |
| 15657362 | | Premier Medical Associates PC, PO Box 644984, Pittsburgh, PA 15264-4984 |
| 15657381 | + | Westmoreland Regional Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 08 2024 00:05:15 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 07 2024 23:51:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 07 2024 23:51:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15657307 | ^ | MEBN | Aug 07 2024 23:44:56 | A.R.M. Solutions, Inc., P.O. Box 3666, Camarillo, CA 93011-3666 |
| 15657314 | | Email/Text: Bankruptcy@arstrat.com | Aug 07 2024 23:51:00 | ARSTRAT, 14141 Southwest Fwy. 300, Sugar Land, TX 77476 |
| 15669293 | | Email/Text: bnc@atlasacq.com | Aug 07 2024 23:51:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15657308 | + | Email/Text: bankruptcy@rentacenter.com | Aug 07 2024 23:52:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15657310 | ^ | MEBN | Aug 07 2024 23:47:50 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15672945 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2024 00:05:15 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15666716 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 08 2024 00:05:15 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK |

Case 23-22456-JAD   Doc 41   Filed 08/09/24   Entered 08/10/24 00:31:17   Desc Imaged
Certificate of Notice   Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf900 | Total Noticed: 91 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15657312 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2024 00:05:14 | Ally Credit Card, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 15657313 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 07 2024 23:50:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15657315 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 07 2024 23:51:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15657319 | ^ | MEBN | Aug 07 2024 23:48:52 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15657322 | | Email/Text: BKPT@cfna.com | Aug 07 2024 23:50:00 | CFNA (Firestone), BK 16/Credit Operations, PO Box 81410, Cleveland, OH 44181-0410 |
| 15657323 | + | Email/Text: BKPT@cfna.com | Aug 07 2024 23:50:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15657321 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2024 23:51:00 | Cerulean, PO Box 3220, Buffalo, NY 14240 |
| 15657320 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2024 23:51:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 15657328 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2024 23:51:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 15657329 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2024 23:51:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15657368 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2024 23:51:00 | SURGE, PO Box 3220, Buffalo, NY 14240 |
| 15657367 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2024 23:51:00 | SURGE, PO Box 6812, Carol Stream, IL 60197-6812 |
| 15657379 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2024 23:51:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 15657331 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Aug 07 2024 23:51:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 7030, Mitchell, SD 57301 |
| 15664195 | | Email/Text: BKPT@cfna.com | Aug 07 2024 23:50:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15657316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2024 00:03:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15657317 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2024 00:05:19 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15657318 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2024 00:04:31 | Capital One Bank (USA), N.A., P.O. Box 30277, Salt Lake City, UT 84130-0277 |
| 15657324 | ^ | MEBN | Aug 07 2024 23:47:01 | Coastl/prosp, Attn: Bankruptcy Dept, 221 Main Street, Ste 400, San Francisco, CA 94105-1913 |
| 15657325 | ^ | MEBN | Aug 07 2024 23:47:27 | Collection Service Center, Inc., PO Box 560, New Kensington, PA 15068-0560 |
| 15657326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 23:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15657327 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 23:52:00 | Concora Credit, PO Box 23039, Columbus, GA 31902-3039 |
| 15657330 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 07 2024 23:52:43 | Convergent Outsourcing, Inc., Attn: Bankruptcy, PO Box 9004, Renton, WA 98057-9004 |
| 15657332 | + | Email/Text: bankruptcy@credencerm.com | Aug 07 2024 23:52:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 15657334 | | Email/Text: BKPT@cfna.com | Aug 07 2024 23:50:00 | Credit First National Association, BK-16 / Credit Operations, P.O. Box 81410, Cleveland, OH 44181-0410 |

73118-7901

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15657333 | + | Email/Text: BKPT@cfna.com | Aug 07 2024 23:50:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 15657335 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 00:04:50 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15657336 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 00:04:58 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15678265 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 07 2024 23:52:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15657338 | + | Email/Text: Bankruptcy.Consumer@dish.com | Aug 07 2024 23:51:00 | Dish Network, 9601 S Meridian Blvd., Englewood, CO 80112-5905 |
| 15657340 | + | Email/Text: bknotice@ercbpo.com | Aug 07 2024 23:52:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15657342 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 07 2024 23:52:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15657344 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 08 2024 00:04:50 | First PREMIER Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15657346 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 23:52:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15657347 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 23:52:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15657348 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 23:52:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15657349 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 23:52:00 | Indigo (Genesis), P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15657350 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 07 2024 23:51:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15667302 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 00:04:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15657352 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 00:05:19 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15667303 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2024 00:05:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15657351 | | Email/Text: ml-ebn@missionlane.com | Aug 07 2024 23:50:00 | Lendup Card Svc/missio, 225 Bush St., San Francisco, CA 94104 |
| 15657357 | | Email/Text: ml-ebn@missionlane.com | Aug 07 2024 23:50:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15657353 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2024 00:04:11 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15657354 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 07 2024 23:52:00 | Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 15657355 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 23:52:00 | Milestone, Concora Credit, PO Box 84059, Columbus, GA 31908-4059 |
| 15657356 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 07 2024 23:52:00 | Milestone (Genesis), P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15657359 | | Email/Text: bankruptcy@oportun.com | Aug 07 2024 23:51:00 | Oportun, Attn: Bankruptcy, Po Box 560698, The Colony, TX 75056 |
| 15657358 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2024 00:03:43 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |

| Recipient ID | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| 15657360 | ^ MEBN | Aug 07 2024 23:48:55 | Oprotun, PO Box 4085, Menlo Park, CA 94026-4085 |
| 15676603 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2024 00:04:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15657361 | ^ MEBN | Aug 07 2024 23:49:06 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15666695 | + Email/Text: ebnpeoples@grblaw.com | Aug 07 2024 23:51:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15657363 | ^ MEBN | Aug 07 2024 23:48:13 | Prosper Card, PO Box 650078, Dallas, TX 75265-0078 |
| 15669446 | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2024 23:51:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15657364 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 00:04:51 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15657345 | Email/Text: bankruptcy@sequium.com | Aug 07 2024 23:51:00 | Focus Receivables Mana, Attn: Bankruptcy, 1130 Northchase Parkway Ste 150, Marietta, GA 30067 |
| 15657365 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 07 2024 23:52:00 | SPS, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15657366 | Email/Text: amieg@stcol.com | Aug 07 2024 23:51:00 | State Collection Service, Inc., 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15657369 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 00:03:41 | Syncb/Toys R Us, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15657370 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 00:04:45 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15657371 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 00:04:45 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15657372 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 00:04:48 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15657373 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 00:04:50 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15657374 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 00:04:48 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15657375 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 00:04:48 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15657376 | + Email/Text: bncmail@w-legal.com | Aug 07 2024 23:51:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15665485 | + Email/Text: bankruptcy@bbandt.com | Aug 07 2024 23:51:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15657377 | ^ MEBN | Aug 07 2024 23:48:39 | Valor Intelligent Processing, LLC, PO Box 551259, Jacksonville, FL 32255-1259 |
| 15657378 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 07 2024 23:50:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 15657380 | Email/Text: bankruptcy@firstenergycorp.com | Aug 07 2024 23:52:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15670734 | + Email/Text: bankruptcy@firstenergycorp.com | Aug 07 2024 23:52:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 82

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15671882 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor Ally Bank dboyle-ebersole@hoflawgroup.com PABKAttorneyecf@orlans.com |
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Randall G. Klimchock | on behalf of Joint Debtor Susan M Broaddus klimchock.law@zoominternet.net randylu@comcast.net |
| Randall G. Klimchock | on behalf of Debtor Barry G Broaddus klimchock.law@zoominternet.net randylu@comcast.net |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8