**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | Bankruptcy No. 23-22456JAD |
| | ) | |
| BARRY G. BROADDUS | ) | Chapter: 13 |
| SUSAN M. BROADDUS, | ) | |
|     Debtors, | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Movant, | ) | Related Trustee Certificate of Default at |
| | ) |     at Doc. No. 50, and Order |
|     v. | ) |       requiring response at Doc No. 51 |
| | ) | |
| BARRY G. BROADDUS | ) | |
| SUSAN M. BROADDUS, | ) | |
|     Respondents. | ) | |

## <u>NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS</u>

    1.    Debtors propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

    2.    The cure shall be effected as follows: Debtors to pay the $7,209.00 in arrearages over the remaining 28 months of the Plan, commencing with the Plan payment due on 8/15/2026. This amounts to paying an additional amount of $258.00 per month. Added to the current Plan payment of $1,210.00 per month, Debtors will pay the Trustee $1,468.00 per month commencing with the 8/15/2026 payment, and continuing through the final payment due on or about 11/15/2028. Debtors actually mailed the 8/15/2026 payment of $1,468.00 on 7/25/2026.

    3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtors and Chapter 13 Trustee.  Untimely Objections will not be considered.  Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

    4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on <u>Thursday, September 17</u>, 2026, at <u>10:30</u>  p.m., before the Chapter 13 Trustee.  The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting.  Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

    **t**

RESPECTFULLY SUBMITTED, this 29th day of July, 2026.


/s/ Randall G. Klimchock
Randall G. Klimchock, Esquire
58306
101 North Church Street
Mount Pleasant, PA 15666
(724) 542-4514 (Phone)
(724) 542-4517 (Fax)
klimchock.law@zoominternet.net

Attorney for the Debtors

-2-