**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 23-22456JAD |
| | ) | |
| BARRY G. BROADDUS | ) | Chapter: 13 |
| SUSAN M. BROADDUS, | ) | |
|     Debtors, | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Movant, | ) | Related to Document No.  52 |
| | ) | |
|     v. | ) | Hearing Date and Time: |
| | ) | |
| BARRY G. BROADDUS | ) | |
| SUSAN M. BROADDUS, | ) | |
|     Respondents. | ) | |

### CERTIFICATE OF SERVICE OF NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 29, 2026.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by NEF:**

Danielle Boyle-Ebersole on behalf of Creditor Ally Bank
dboyle-ebersole@hoflawgroup.com , ckohn@hoflawgroup.com

Matthew Fissel on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6
bkgroup@mllawgroup.com , wbecf@brockandscott.com

Jeffrey Hunt on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com , PNGbankruptcy@peoples-gas.com

Michelle L. McGowan on behalf of Creditor Deutsche Bank National Trust Company
mimcgowan@raslg.com

Office of United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail:**

A.R.M. Solutions, Inc.
P.O. Box 3666
Camarillo, CA 93011-3666

AcceptanceNOW
Attn: Bankruptcy
5501 Headquarters Drive
Plano, TX 75024

Allegheny Clinic Radiology
PO Box 1198
Somerset, PA 15501

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15624-5266

Alliance RX Walgreens Prime
15358 Collection Center Dr.
Chicago, IL 60693

Ally Credit Card
PO Box 9222
Old Bethpage, NY 11804-9222

Ally Financial, Inc.
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226

ARSTRAT
14141 Southwest Fwy. 300
Sugar Lane, TX 77476

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
PO Box 30281
Salt Lake City, UT 84130

Capital One Bank (USA), N.A.
P.O. Box 30277
Salt Lake City, UT 84130-0277

CBCS
PO Box 2724
Columbus, OH 43216-2724

Cerulean
PO Box 6812
Carol Stream, IL 60197-6812

Cerulean
PO Box 3220
Buffalo, NY 14240

CFNA (Firestone)
BK 16/Credit Operations
PO Box 81410
Cleveland, OH 44181-0410

CFNA/Credit First Natl Assoc
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

Coastl/prosp
Attn: Bankruptcy Dept
221 Main Street, Ste 400
San Francisco, CA 94105

Collection Service Center, Inc.
PO Box 560
New Kensington, PA 15068-0560

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Concora Credit
PO Box 23039
Columbus, GA 31902-3039

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd, Ste 4
Wilmington, DE 19808

Continental Finance Company
Attn: Bankruptcy
PO Box 8099
Newark, DE 19714

Convergent Outsourcing, Inc.
Attn: Bankruptcy
PO Box 9004
Renton, WA 98057

CorTrust Bank
Attn: Bankruptcy
Po Box 7030
Mitchell, SD 57301

Credence Resource Management, LLC
Attn: Bankruptcy
4222 Trinity Mills Road Suite 260
Dallas, TX 75287

Credit First National Association
Attn: Bankruptcy
PO Box 81315
Cleveland, OH 44181

Credit First National Association
BK-16 / Credit Operations
P.O. Box 81410
Cleveland, OH 44181-0410

Credit One
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

D-Bug Pest Control, Inc.
456 Frye Farm Road
Greensburg, PA 15601

Dish Network
9601 S Meridian Blvd.
Englewood, CO 80112

Elliott Community Fcu
121 Gamma Drive
Pittsburgh, PA 15230

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

Excela Health Medical Group
PO Box 645189
Pittsburgh, PA 15264-5189

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

Firestone Complete Auto Care
6240 US-30
Greensburg, PA 15601

First PREMIER BANK
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Focus Receivables Mana
Attn: Bankruptcy
1130 Northchase Parkway Ste 150
Marietta, GA 30067

Genesis Bc/Celtic Bank
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Genesis FS Card
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Indigo (Genesis)
P.O. Box 4477
Beaverton, OR 97076-4477

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

Lendup Card Svc/missio
225 Bush St.
San Francisco, CA 94104

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Merrick Bank/CardWorks
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804

Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

Milestone
Concora Credit
PO Box 84059
Columbus, GA 31908-4059

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Ollo Card Services
Attn: Bankruptcy
Po Box 9222
Old Bethpage, NY 11804

Oportun
Attn: Bankruptcy
PO Box 560698
The Colony, TX 75056

Oportun
PO Box 4085
Menlo Park, CA 94026

Peoples
PO Box 644760
Pittsburgh, PA 15264-4760

Premier Medical Associates OC
PO Box 644984
Pittsburgh, PA 15264-4984

Prosper Card
PO Box 650078
Dallas, TX 75265-0078

Resurgent Capital Services
PO Box 1269
Greenville, SC 29603

SPS
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

State Collection Service, Inc.
2509 S. Stoughton Rd.
Madison, WI 53716

SURGE
PO Box 6812
Carol Stream, IL 60197-6812

SURGE
PO Box 3220
Buffalo, NY 14240

Syncb/Toys R Us
Po Box 71727
Philadelphia, PA 19176

Syncb/Walmart
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/QVC
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

Synchrony Bank/ShopNBC
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Valor Intelligent Processing, LLC
PO Box 551259
Jacksonville, FL 32255-1259

Verizon Wireless
Attn: Verizon Bankruptcy
500 Technology Dr, Ste 500
Weldon Springs, MO 63304

Verve
PO Box 6812
Carol Stream, IL 60197-6812

West Penn Power
PO Box 3687
Akron, OH 44309-3687

Westmoreland Regional Hospital
532 W. Pittsburgh Street
Greensburg, PA 15601-2239

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: August 7, 2026

By: /s/Randall G Klimchock_____
Signature
Randall G Klimchock_____
Typed Name
101 North Church Street, Mount Pleasant, PA 15666_____
Address
724-542-4514_____
Phone No.
PA I.D. #58306_____
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**