FILED
9/18/26 9:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **BARRY G BROADDUS /** | ) | **Case No. 23-22456-JAD** |
| **SUSAN M BROADDUS,** | ) | |
| | ) | **Chapter 13** |
| **Debtor(s).** | ) | |
| | X | Doc. # 56 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: ______________________________

☐ a motion to lift stay
as to creditor ______________________________

☐ Other: ______________________________

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒ Chapter 13 Plan dated 11/29/23
☐ Amended Chapter 13 Plan dated _________

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒ Debtor(s) Plan payments shall be changed from $1,210 to $1,581 per month, effective 10/26;

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve ______________________________ on or before __________.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as________________________________________ ________________________________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:

- Trustee's Certificate of Default (at Doc 50) is treated as resolved by this Order.
- The secured claim(s) of Deutsche Bank CL. #23 shall govern, and then following all allowed post-petition payment change notices filed of record prior to 9/17/26. Local Rule(s) 3002-4 and 3002-5 for any PCN and PPFNs filed after the indicated date remains in effect.
- *Debtor(s) are to fund the plan by TFS [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*
- *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies*

*including sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.) The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed and allowed non-specially classified unsecured creditors in 100% plan cases.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 18th day of September, 2026.

jsf

United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/Randall G. Klimchock
Counsel to Debtor

Stipulated by:

Kate DeSimone
Counsel to Chapter 13 Trustee

Stipulated by:

____________________________
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 23-22456-JAD
Barry G Broaddus Chapter 13
Susan M Broaddus
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 5
Date Rcvd: Sep 18, 2026 Form ID: pdf900 Total Noticed: 91

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry G Broaddus, Susan M Broaddus, 110 Sioux Drive, Greensburg, PA 15601-4936 |
| 15657314 | + | ARSTRAT, 14141 Southwest Fwy. 300, Sugar Land, TX 77478-4630 |
| 15657309 | + | Allegheny Clinic Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 15657311 | + | Alliance RX Walgreens Prime, 15358 Collection Center Dr., Chicago, IL 60693-0153 |
| 15657324 | + | Coastl/prosp, Attn: Bankruptcy Dept, 221 Main Street, Ste 400, San Francisco, CA 94105-1913 |
| 15657337 | + | D-Bug Pest Control, Inc., 456 Frye Farm Rd., Greensburg, PA 15601-6480 |
| 15657339 | + | Elliott Community Fcu, 121 Gamma Drive, Pittsburgh, PA 15238-2919 |
| 15657341 | | Excela Health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 15657343 | | Firestone Complete Auto Care, 6240 US-30, Greensburg, PA 15601 |
| 15657362 | | Premier Medical Associates PC, PO Box 644984, Pittsburgh, PA 15264-4984 |
| 15657381 | + | Westmoreland Regional Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2026 01:00:20 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 19 2026 00:48:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 19 2026 00:48:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15657307 | ^ | MEBN | Sep 19 2026 00:41:39 | A.R.M. Solutions, Inc., P.O. Box 3666, Camarillo, CA 93011-3666 |
| 15669293 | | Email/Text: bnc@atlasacq.com | Sep 19 2026 00:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15657308 | + | Email/Text: bankruptcy@rentacenter.com | Sep 19 2026 00:48:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15657310 | ^ | MEBN | Sep 19 2026 00:41:42 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15672945 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2026 01:00:10 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| | | | | |
|---|---|---|---|---|
| 15666716 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2026 01:00:22 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15657312 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2026 01:00:10 | Ally Credit Card, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 15657313 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15657315 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15657319 | ^ | MEBN | Sep 19 2026 00:41:44 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15657322 | | Email/Text: BKPT@cfna.com | Sep 19 2026 00:48:00 | CFNA (Firestone), BK 16/Credit Operations, PO Box 81410, Cleveland, OH 44181-0410 |
| 15657323 | + | Email/Text: BKPT@cfna.com | Sep 19 2026 00:48:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15657321 | | Email/Text: cfcbackoffice@contfinco.com | Sep 19 2026 00:48:00 | Cerulean, PO Box 3220, Buffalo, NY 14240 |
| 15657320 | | Email/Text: cfcbackoffice@contfinco.com | Sep 19 2026 00:48:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 15657328 | | Email/Text: cfcbackoffice@contfinco.com | Sep 19 2026 00:48:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 15657329 | | Email/Text: cfcbackoffice@contfinco.com | Sep 19 2026 00:48:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15657368 | | Email/Text: cfcbackoffice@contfinco.com | Sep 19 2026 00:48:00 | SURGE, PO Box 3220, Buffalo, NY 14240 |
| 15657367 | | Email/Text: cfcbackoffice@contfinco.com | Sep 19 2026 00:48:00 | SURGE, PO Box 6812, Carol Stream, IL 60197-6812 |
| 15657379 | | Email/Text: cfcbackoffice@contfinco.com | Sep 19 2026 00:48:00 | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |
| 15657331 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Sep 19 2026 00:48:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 7030, Mitchell, SD 57301 |
| 15664195 | | Email/Text: BKPT@cfna.com | Sep 19 2026 00:48:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15657316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2026 01:00:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15657317 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2026 01:00:19 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15657318 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2026 01:00:01 | Capital One Bank (USA), N.A., P.O. Box 30277, Salt Lake City, UT 84130-0277 |
| 15657325 | ^ | MEBN | Sep 19 2026 00:41:38 | Collection Service Center, Inc., PO Box 560, New Kensington, PA 15068-0560 |
| 15657326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2026 00:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15657327 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Concora Credit, PO Box 23039, Columbus, GA 31902-3039 |
| 15657330 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 19 2026 00:48:59 | Convergent Outsourcing, Inc., Attn: Bankruptcy, PO Box 9004, Renton, WA 98057-9004 |
| 15657332 | + | Email/Text: bankruptcy@credencerm.com | Sep 19 2026 00:48:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 15657334 | | Email/Text: BKPT@cfna.com | Sep 19 2026 00:48:00 | Credit First National Association, BK-16 / Credit Operations, P.O. Box 81410, Cleveland, OH 44181-0410 |

| | | | | |
|---|---|---|---|---|
| 15657333 | + | Email/Text: BKPT@cfna.com | Sep 19 2026 00:48:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 15657335 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2026 01:00:01 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15657336 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2026 01:00:11 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15678265 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2026 00:48:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15657338 | + | Email/Text: Bankruptcy.Consumer@dish.com | Sep 19 2026 00:48:00 | Dish Network, 9601 S Meridian Blvd., Englewood, CO 80112-5905 |
| 15657342 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2026 01:00:01 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15657344 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 19 2026 01:00:02 | First PREMIER Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15657346 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15657347 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15657348 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15657349 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Indigo (Genesis), P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15657350 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2026 01:00:11 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15667302 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2026 01:00:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15657352 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2026 01:00:03 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15667303 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2026 01:00:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15657351 | | Email/Text: ml-ebn@missionlane.com | Sep 19 2026 00:48:00 | Lendup Card Svc/missio, 225 Bush St., San Francisco, CA 94104 |
| 15657357 | | Email/Text: ml-ebn@missionlane.com | Sep 19 2026 00:48:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15657353 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2026 01:00:10 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15657354 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2026 00:48:00 | Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 15657355 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Milestone, Concora Credit, PO Box 84059, Columbus, GA 31908-4059 |
| 15657356 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2026 00:48:00 | Milestone (Genesis), P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15657359 | | Email/Text: bankruptcy@oportun.com | Sep 19 2026 00:48:00 | Oportun, Attn: Bankruptcy, Po Box 560698, The Colony, TX 75056 |
| 15657358 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2026 01:00:19 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15657360 | ^ | MEBN | Sep 19 2026 00:41:46 | Oprotun, PO Box 4085, Menlo Park, CA 94026-4085 |

| | | | | |
|---|---|---|---|---|
| 15676603 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2026 01:00:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15657361 | | Email/Text: ebnpeoples@grblaw.com | Sep 19 2026 00:48:00 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15666695 | + | Email/Text: ebnpeoples@grblaw.com | Sep 19 2026 00:48:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15657363 | | Email/PDF: ProsperBKDetection@resurgent.com | Sep 19 2026 01:00:20 | Prosper Card, PO Box 650078, Dallas, TX 75265-0078 |
| 15669446 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2026 00:48:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15657364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2026 01:00:12 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 16444100 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2026 01:00:02 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15657345 | | Email/Text: bankruptcy@sequium.com | Sep 19 2026 00:48:00 | Focus Receivables Mana, Attn: Bankruptcy, 1130 Northchase Parkway Ste 150, Marietta, GA 30067 |
| 15657365 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2026 00:48:00 | SPS, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15657366 | | Email/Text: amieg@stcol.com | Sep 19 2026 00:48:00 | State Collection Service, Inc., 2509 S. Stoughton Rd., Madison, WI 53716 |
| 15657369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:10 | Syncb/Toys R Us, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15657370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:10 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15657371 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15657372 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:01 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15657373 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:20 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15657374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:01 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15657375 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:20 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15657376 | + | Email/Text: bncmail@w-legal.com | Sep 19 2026 00:48:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15665485 | + | Email/Text: bankruptcy@bbandt.com | Sep 19 2026 00:48:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15657377 | ^ | MEBN | Sep 19 2026 00:41:45 | Valor Intelligent Processing, LLC, PO Box 551259, Jacksonville, FL 32255-1259 |
| 15657378 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2026 00:48:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 15657380 | | Email/Text: bankruptcy@firstenergycorp.com | Sep 19 2026 00:48:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15670734 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 19 2026 00:48:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 80

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Deutsche Bank National Trust Company, as Trustee, |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15671882 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16444101 | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15657340 | ##+ | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor Ally Bank dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 bkgroup@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Randall G. Klimchock | on behalf of Debtor Barry G Broaddus klimchock.law@zoominternet.net randylu@comcast.net |
| Randall G. Klimchock | on behalf of Joint Debtor Susan M Broaddus klimchock.law@zoominternet.net randylu@comcast.net |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8